

A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

**May 18, 2009**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

## IN RE: ASBESTOS PRODUCTS LIABILITY
## LITIGATION (NO. VI)

MDL No. 875

$C$ $09-1782$ $BZ$
(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-322)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

**Jun 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED:

ATTEST:

DEPUTY CLERK, UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                  MDL No. 875

## SCHEDULE CTO-322 - TAG-ALONG ACTIONS

#### DIST.  DIV.  C.A. #        CASE CAPTION

CALIFORNIA CENTRAL
CAC    2    09-2275      Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

CALIFORNIA NORTHERN
CAN    3    09-1242      Douglas Coughran, et al. v. United States of America
CAN    3    09-1269      Richard Close v. General Electric Co., et al.
CAN    3    09-1271      Edward Brazzi, et al. v. United States of America
CAN    3    09-1322      Sharon Woody, et al. v. General Electric Co., et al.
CAN    3    09-1358      Bruce Arnold, et al. v. A.W. Chesterton Co., et al.
CAN    3    09-1782 ·    Wiley Utterback v. Foster Wheeler LLC, et al.
~~CAN    4    09-1456~~      ~~John Dobrocke, et al. v. Allis-Chalmers Corp. Product~~
                        ~~Liability Trust, et al.~~ **Vacated 6/1/09**
CAN    4    09-2012      Barbara Hulsen, et al. v. General Electric Co., et al.

DELAWARE
DE     1    09-235       Janice Happel, etc. v. Anchor Packing Co., et al.

FLORIDA SOUTHERN
FLS    1    09-20578     Laura Benjamin, etc v. A.W. Chesterton Co., et al.

LOUISIANA EASTERN
LAE    2    09-3347      Union Carbide Corp., et al. v. South African Marine
                        Corp., Ltd., et al.

MASSACHUSETTS
~~MA    1    09-10365~~      ~~Contrino A. Geraldine, etc. v. General Electric Co., et al.~~
                        Opposed 5/29/09
MA     1    09-10509     Lynn Montero, etc. v. Viad Corp., et al.

MAINE
ME     2    09-147       Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al.

MINNESOTA
MN     0    09-829       Charles Traxler v. Soo Line Railroad Co.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NORTH CAROLINA EASTERN

| NCE | 7 | 09-29 | Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA MIDDLE

| NCM | 1 | 09-271 | Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-273 | James Robert Shumake, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-274 | Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-275 | Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-282 | Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-284 | Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-325 | Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-326 | Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-334 | Florence P. Haynes, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-337 | Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-341 | David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| NCW | 1 | 09-131 | Donald Eugene King, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-132 | Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-133 | Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-135 | William Hunter Miller, et al.v Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-136 | Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-137 | Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-139 | Steve Wayne Sexton v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-140 | Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-141 | Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-142 | Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-143 | Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-144 | Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-147 | Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-148 | Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al. |
| NCW | 1 | 09-149 | Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-150 | Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-153 | Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-154 | Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-156 | Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-157 | Fay H. Beckham, et al. v. CBS Corp., et al. |
| NCW | 1 | 09-167 | Carl H. Krumroy, et al. v. Hobart Brothers Co., et al. |
| NCW | 1 | 09-171 | Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-176 | Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NEW YORK EASTERN

NYE 1    05-2720           William Hamilton, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN

OHN 1    ~~09-10002~~    ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09
OHN 1    09-10003         Roger Willoughby v. A-C Product Liability Trust, et al.
OHN 1    09-10004         Anthony R. Tomassetti v. A-C Product Liability Trust, et al.
OHN 1    09-10005         Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al.
OHN 1    09-10006         Emilio G. Miranda v. A-C Product Liability Trust, et al.
OHN 1    09-10007         Alfonso G. Amposta v. A-C Product Liability Trust, et al.
OHN 1    09-10008         John L. Fischer v. A-C Product Liability Trust, et al.
OHN 1    09-10009         Elvin E. Rudasill v. A-C Product Liability Trust, et al.
OHN 1    09-10010         Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al.
OHN 1    09-10011         Roger A. Hornecker v. A-C Product Liability Trust, et al.
OHN 1    ~~09-10015~~    ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09

RHODE ISLAND

RI   1    08-533           Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al.
RI   1    09-194           Duane Riemann, et al. v. Buffalo Pumps, Inc., et al.

SOUTH CAROLINA

SC  0    09-882           Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al.
SC  0    09-970           Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  0    09-1040          Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al.
SC  6    09-881           Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al.
SC  6    09-972           Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al.
SC  7    09-884           Knox Douglas Hambright v. Aqua-Chem, Inc., et al.
SC  8    09-883           William Chane Land, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-968           Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-969           Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8    09-973           James David Hunt, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-974           Wendell Scott Haynes v. Aqua-Chem, Inc., et al.
SC  8    09-975           Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8    09-976           Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-987           Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-989           Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-993           Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al.
SC  8    09-995           Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8    09-1038          David Earl Webb, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

TEXAS EASTERN

| TXE | 2 | 09-74 | Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al. |
|-----|---|-------|---------------------------------------------------------------------|

VIRGINIA EASTERN

| VAE | 2 | 09-9521 | Edward J. Otto v. American Standard, Inc., et al. |
|-----|---|---------|---------------------------------------------------|
| VAE | 2 | 09-9522 | Monroe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9523 | Thomas F. Siminski v. American Standard, Inc., et al. |
| VAE | 2 | 09-9524 | Milton G. Snavely v. American Standard, Inc., et al. |
| VAE | 2 | 09-9525 | Monroe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9526 | Monroe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9527 | Steele v. American Standard, Inc., et al. |
| VAE | 2 | 09-9528 | William J. Adams v. American Standard, Inc., et al. |
| VAE | 2 | 09-9529 | Thomas R. Berkshire v. Berkshire, et al. |
| VAE | 2 | 09-9530 | Franklin D. Bess v. American Standard, Inc., et al. |
| VAE | 2 | 09-9531 | Ivan J. Garman v. American Standard, Inc., et al. |
| VAE | 2 | 09-9532 | Monroe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9533 | Thomas E. Hutchins v. American Standard, Inc., et al. |
| VAE | 2 | 09-9534 | Francis M. Hendricks, et al. v. Certainteed Corp., et al. |

WASHINGTON WESTERN

| WAW | 2 | 09-483 | William Dennis v. Todd Shipyards Corp., et al. |
|-----|---|--------|-----------------------------------------------|
| WAW | 3 | 09-5087 | Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al. |

*MICHAEL E. KUNZ*
*CLERK'S OFFICE*
*CLERK OF COURT*

*ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION
          MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-322) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

## **\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure